Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENAL GARCIA GONZALEZ<br><br>Plaintiff(s),<br><br>v.<br><br>ERIK BONNAR, et. al.<br><br>Defendant(s). | Case No: 3:18-cv-05321<br><br>**APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Valerie Anne Zukin, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Juvenal Garcia Gonzalez in the above-entitled action. My local co-counsel in this case is Jingni (Jenny) Zhao, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Justice & Diversity Center, 301 Battery St, Fl 3, San Francisco, CA 94111 [see attachment] | Asian Americans Advancing Justice-ALC, 55 Columbus Ave, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (415) 782-8906 | (415) 896-1701 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| vzukin@sfbar.org [see attachment] | jennyz@advancingjustice-alc.org |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 206055.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application. In addition, a request for an exception to Civil Local Rule 11-3(b) is attached.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/29/18

/s/ Valerie Anne Zukin
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Valerie Anne Zukin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/19/18

*Jacqueline Scott Corley*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE